## No. 12,543.

PEOPLE EX REL. COLORADO BAR ASSOCIATION *v.* KELLEY.

(18 P. [2d] 1118)

Decided February 6, 1933.

Mr. ROBERT E. WINBOURN, Attorney General, Mr. CHARLES ROACH, Deputy, Mr. OLIVER DEAN, Assistant, Mr. JOHN S. UNDERWOOD, Attorney General, Mr. RALPH L. CARR, for petitioner.

Mr. LEWIS DER. MOWRY, Mr. HORACE N. HAWKINS, for respondent.

*En Banc.*

MR. JUSTICE MOORE delivered the opinion of the court.

THIS is a discipline case. After issues were joined, a reference was made to our associate Mr. Justice Burke, who heard the matter and has filed his report finding the charges unsupported by the evidence. No objections to that finding were filed.

The finding is accordingly approved and the proceeding dismissed.

MR. JUSTICE CAMPBELL and MR. JUSTICE BURKE not participating.